UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE NEW YORK CITY                                     :
DISTRICT COUNCIL OF CARPENTERS                                    :
PENSION FUND, WELFARE FUND,                                       :
ANNUITY FUND, AND APPRENTICESHIP,                                 :          1:20-cv-02867-GHW
JOURNEYMAN RETRAINING,                                            :
EDUCATIONAL AND INDUSTRY FUND,                                    :              ORDER
TRUSTEES OF THE NEW YORK CITY                                     :
CARPENTERS RELIEF AND CHARITY FUND,                              :
THE CARPENTER CONTRACTOR ALLIANCE                                :
OF METROPOLITAN NEW YORK, and NEW                                :
YORK CITY DISTRICT COUNCIL OF                                     :
CARPENTERS,                                                       :
                                        Petitioners,              :
                                                                  :
                    -against-                                     :
                                                                  :
FURNITURE BUSINESS SOLUTIONS, LLC,                               :
                                                                  :
                                        Respondent.               :
                                                                  :
------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On April 7, 2020, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1.

Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary

judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby

ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any

additional materials with which it intends to support the petition, including any affidavits or

declarations attesting that the exhibits to the petition are true and correct copies of what they

purport to be, no later than May 15, 2020. Respondent's opposition is due by June 25, 2020.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/10/2020

Petitioners' reply, if any, is due by July 15, 2020.

Petitioners are directed to serve a copy of this order on Respondent by first-class and certified mail and to file proof of service.

SO ORDERED.

Dated: April 10, 2020

_____
GREGORY H. WOODS
United States District Judge