**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                Petitioners,                20 **CIVIL** 2867 (GHW)

      -against-                                **JUDGMENT**

FURNITURE BUSINESS SOLUTIONS, LLC,
                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 5, 2020, the petition to confirm the arbitration award is granted; judgment is entered for Petitioners in the amount of $60,167.57, plus prejudgment interest calculated at 7.5% per annum from December 18, 2019 through the date of judgment in the amount of $3,993.31, together with attorney's fees and costs in the amount of $2,079.40; Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, this case is closed.

**Dated:**  New York, New York
          November 5, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                                          **BY:**  _____
                                                           **Deputy Clerk**